District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHATIDJA M. RAMZAN; MURTAZA M. RAMZAN; SAVEEN M. RAMZAN,<br><br>Plaintiffs,<br>v.<br><br>KIRSTJEN M. NIELSEN, L. FRANCIS CISSNA; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CASE NO. C18-0332 RSL<br><br>STIPULATED MOTION FOR ORDER OF ABEYANCE PENDING ADJUDICATION AND FOR DISMISSAL OF CLAIMS |

## JOINT STIPULATION

The parties, through their undersigned counsel, hereby stipulate and agree:

1. That the above-captioned case may be stayed until December 17, 2018, pending the reopening and further adjudication of Plaintiffs Khatidja and Murtaza Ramzan's I-485 applications and request for relief under 8 U.S.C. § 1154(l), INA § 204(l);

2. That Plaintiff Khatidja and Murtaza Ramzan's I-485 applications have been reopened and their current work authorizations pursuant to the applications for adjustment of status, which were set to expire on August 3, 2018, have been reinstated (*see* Exhibit A, attached hereto);

STIPULATED MOTION FOR ORDER OF ABEYANCE PENDING
ADJUDICATION AND FOR DISMISSAL OF CLAIMS
[Case No. C18-0332 RSL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. That Plaintiff Khatidja and Murtaza Ramzan will remain eligible to file extensions of their work authorization pending issuance of new decisions by United States Citizenship and Immigration Service ("USCIS") on their I-485 applications and requests for relief under INA § 204(l);

4. That Plaintiff Saveen Ramzan claims against Defendants will be dismissed with prejudice and without costs to either party.

Dated this 18th day of June, 2018.

ANNETTE L. HAYES
United States Attorney

 /s/ Priscilla T. Chan  
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov

Attorney for Defendants

 /s/ Robert H. Gibbs  
ROBERT H. GIBBS, WSBA No. 10909
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104
Phone: 206-682-1080
Email: rgibbs@ghp-law.net

Attorney for Plaintiffs

//
//
//
//
//
//
//

STIPULATED MOTION FOR ORDER OF ABEYANCE PENDING
ADJUDICATION AND FOR DISMISSAL OF CLAIMS
[Case No. C18-0332 RSL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having so stipulated, **IT IS HEREBY ORDERED** as follows:

1. That this case will be stayed until December 17, 2018, pending the reopening and further adjudication of Plaintiff Khatidja and Murtaza Ramzan's I-485 applications;

2. That Plaintiff Khatidja and Murtaza Ramzan will remain eligible to file extensions of their work authorization pending issuance of new decisions by USCIS on their I-485 applications and requests for relief under INA § 204(l);

3. That Plaintiff Saveen Ramzan claims against Defendants may be dismissed with prejudice and without costs to either party.

Dated this 19th day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR ORDER OF ABEYANCE PENDING
ADJUDICATION AND FOR DISMISSAL OF CLAIMS
[Case No. C18-0332 RSL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970