District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHATIDJA M. RAMZAN; MURTAZA M. RAMZAN; SAVEEN M. RAMZAN,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, L. FRANCIS CISSNA; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CASE NO. C18-00332-RSL<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL |

**JOINT STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree that the I-485 applications for both Plaintiffs Khatidja Ramzan and Murtaza Ramzan were granted on December 4, 2018. Accordingly, because the claims are now moot, the parties hereby jointly move the Court for an order dismissing the Complaint without claim of either party for attorney's fees or costs.

STIPULATED MOTION FOR ORDER OF DISMISSAL
Case No. C18-00332-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 6th day of December, 2018.

ANNETTE L. HAYES
United States Attorney

GIBBS HOUSTON PAUW

 /s/  Priscilla T. Chan
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov

 /s/     Robert H. Gibbs
ROBERT H. GIBBS, WSBA No. 10909
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104
Phone: 206-682-1080
Email:  rgibbs@ghp-law.net

Attorney for Plaintiffs

Attorneys for Defendants

## ORDER

**IT IS HEREBY ORDERED** that this case is dismissed without an award of costs to either party.

Dated this 19th day of December, 2018.

*[signature]*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR ORDER OF DISMISSAL
Case No. C18-00332-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970